MARTHA E. EGBERT, Appellant, *v.* GEORGE BARRIE et al., Doing Business under the Firm Name of GEORGE BARRIE & SON, Respondents.

*Egbert* v. *Barrie*, 145 App. Div. 918, affirmed.
(Argued December 10, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

June 20, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Oscar B. Bergstrom* for appellant.

*Herbert Goldmark* for respondents.

Judgment affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.